UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES SAMUEL ALI,<br>          Petitioner,<br><br>v.<br><br>ANTONE MONIZ,<br>          Respondent. | CIVIL ACTION NO. 18-12625-WGY |

ORDER

YOUNG, J.                                                                                                          December 21, 2018

On December 21, 2018, Petitioner Charles Samuel Ali, an immigration detainee currently confined at the Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner seeks an order staying and enjoining his deportation to South Sudan, rather than his home country of Sudan, and his immediate release because he alleges his removal from the United States to Sudan is not significantly likely in the reasonably foreseeable future. He names as Respondents Kirstjen Nielson, Todd Lyons, Joseph McDonald, Jr., and Antone Moniz.

ACCORDINGLY, this Court hereby orders that:

1.      Respondent Antone Moniz is the immediate custodian and proper respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004) (immediate custodian of petitioner is proper respondent in habeas action); *Vasquez v. Reno*, 233 F.3d 688, 696 (1st Cir. 2000) (same as applied to immigration detainee). All other Respondents are dismissed without prejudice from this action.

2.      The Clerk shall serve the petition on Respondent Antone Moniz and the United States Attorney for the District of Massachusetts.

      3.      Respondent Antone Moniz shall respond to the petition within 21 days of the entry of this Order.

      4.      In order to give the Court time to consider the matter, unless otherwise ordered by the Court, Petitioner shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor.  Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).  In order to allow the Court adequate time to consider this matter, the petitioner shall in no event be removed prior to notice given on Thursday, December 27, 2018.

**IT IS SO ORDERED.**

                                                                  /s/ William G. Young
                                                  UNITED STATES DISTRICT JUDGE